**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

JOSEPH MITCHELL, M.D., )
)
*Plaintiff,* )
)
v. )
)
EMPOWERME HOLDINGS, LLC, )   No. 4:26-cv-1017-JMD
)
*Defendant.* )
)
)
)

## ORDER

In accordance with the memorandum and order issued on this date**, IT IS HEREBY**

**ORDERED** that this case is remanded to the St. Louis County Circuit Court.


Dated this 7th day of July, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

1